OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the matter remitted for further proceedings in accordance with this memorandum.
 

 Here, the courts below and the board of assessors erred as a matter of law in concluding that petitioner church was not entitled to a tax exemption pursuant to RPTL 420-a simply because the church’s proposed use of the property was unauthorized due to its lack of a special use permit
 
 (see Matter of Legion of Christ v Town of Mount Pleasant,
 
 1 NY3d 406 [2004]). Because the board of assessors did not examine whether the development of the property was “in good faith contemplated” by the church, we remit for that purpose.
 

 Chief Judge Kaye and Judges G.B. Smith, Ciparick, Rosenblatt, Graffeo, Read and R.S. Smith concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, with costs, and matter remitted to Supreme Court, Nassau County, with directions to remand to respondent Board of As
 
 *745
 
 sessors of the Incorporated Village of Old Westbury for further proceedings in accordance with the memorandum herein.